

15 Warren Street, Suite 36
Hackensack, New Jersey 07601
*Phone* 201-518-9999

532 Union Street
Brooklyn, New York 11215
*Phone* 347-770-7712

*Fax* 347-772-3074
www.luriestrupinsky.com

**Joshua M. Lurie, Esq.** *(licensed in NY, NJ, VT)*
**Eugene Strupinsky, Esq.** *(licensed in NY)*

**Damian Albergo, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Michael J.S. Pontone, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Victoria Smolyar, Esq.** *(of Counsel, Licensed in NY, NJ)*

**Helen Dukhan, Esq.** *(of Counsel, Licensed in NY, NJ)*
**Paul Hirsch, Esq.** *(of Counsel, Licensed in NY)*

September 23, 2019

**Via ECF**

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Retrospective Goods, LLC v. Bole, *et al.*
      Civil Case No. 1:19-cv-2805

Dear Judge DeArcy Hall,

  This is Plaintiff's renewed letter motion for substituted service by serving the Defendant, Andres Bole's, counsel consistent with *Fed. R. Civ. P.* 4(e)(1).

  In June of this year, Plaintiff filed a motion to permit service upon Defendant's counsel, Eric Menhart, Esq. of Washington, D.C., and such service be deemed good service. The Court denied the motion, without prejudice, and the right to renew, on July 3, 2019. Ultimately, the Court denied the relief because the service procedure had not been completed at the time (e.g., the proverbial "nail and mail").

  Since July 3, 2019, I have been in contact with the proposed service process agent – Callahan Attorneys Services of San Diego, California. On August 28, 2019, I received an email from Randi Callahan of Callahan Attorney Services advising that service failed. I annex a copy of the email hereto.

  As set forth therein, the building was a high-rise apartment complex and the documents were posted outside consistent with California service rules. However, as it appears in that communication, on that same date, the building manager, Suzanne, advised that Mr. Bole had since moved. I do not have a new address. Indeed, the address that we were able to find for Mr. Bole was due to applications that he filed, and later withdrew or abandoned, with the USPTO.



Retrospective Goods, LLC v. Bole, *et al.*
Letter Motion re Substituted Service
September 23, 2019
Page 2 of 2

Notwithstanding, throughout this entire time, I have been in contact with Mr. Menhart who has advised, innumerable times, that he represents Mr. Bole. Mr. Menhart has been representing Mr. Bole in settlement discussions which have appeared to have come to a conclusion. Mr. Menhart has also served upon me a proposed pleading in this matter stating that, not only is he counsel, but is also pending admission *pro hac vice* in this district. A copy of the "pleading" as appropriately redacted, is annexed hereto to evidence that not only is Mr. Bole represented by counsel, but counsel is active in litigating the case notwithstanding that no answer has been filed. Due to Mr. Boles' moving and otherwise avoiding service, and that he is represented, this will expedite the matter to move forward.

Service upon an attorney when service upon the person is impractical is not an unheard-of practice – and likely is a more expeditious manner to ensure that a party is served. In the matter of *Rampersad v. Deutsche Bank Securities, Inc.*, 1:02-cv-7311, 2003 WL 21073951 (S.D.N.Y. May 9, 2003), the District Court determined that service of process upon an attorney representing an individual, even if the attorney did not know if he had authority to accept service, was sufficient since the ultimate purpose of service is such that it "is reasonably calculated to apprise [the Defendant] of the pendency of this action and affords him an opportunity to present his objections." *Rampersad* at *1 (citing *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950)).

Therefore, we request that the Court enter an order directing that service be made upon Mr. Menhart and such service be deemed complete consistent with the *Federal Rules*.

Respectfully submitted,

Joshua M. Lurie, Esq. (JL0788)

JML:me
Enclosure

**Amy Griffith**

| | |
|---|---|
| **From:** | Randi Callahan <callahansandiego@aol.com> |
| **Sent:** | Thursday, August 29, 2019 4:23 PM |
| **To:** | Joshua M. Lurie, Esq. |
| **Cc:** | Amy Griffith; Eugene Strupinsky, Esq. |
| **Subject:** | Re: Retrospective Goods, LLC v. Bole, et al.; 1:19-cv-2805 |

It was not Andreas Bole, he has moved. That was confirmed with the on site manger.

Randi Callahan
Callahan attorney services
3268 Governor Dr. Suite 248
San Diego, CA 92122
619-602-3382

www.callahanattorneyservices.com

On Aug 29, 2019, at 12:58 PM, Joshua M. Lurie, Esq. <jmlurie@luriestrupinsky.com> wrote:

> Hi Randi – we do not understand.  Was the person Andreas Bole or someone else?  Did he move?
>
> <image001.jpg>
> Joshua M. Lurie, Esq.
> Lurie|Strupinsky, LLP
> 15 Warren Street, Suite 36, Hackensack, New Jersey 07601
> 532 Union Street, Brooklyn, New York 11215
> Telephone: 201-518-9999
> Facsimile: 347-772-3074
> *Licensed in New Jersey, New York and Vermont
> ** Selected as a Super Lawyer and Rising Star for 2018
>
>
> ***CONFIDENTIALITY NOTE***
> This transmission, and the documents accompanying this transmission, contain information from the sender that is confidential and or privileged. This information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited and the documents should be returned to this office immediately. Therefore, if you have received this transmission in error, please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank You.
>
>
> **From:** Randi Callahan <callahansandiego@aol.com>
> **Date:** Wednesday, August 28, 2019 at 4:29 PM
> **To:** Joshua Lurie <jmlurie@luriestrupinsky.com>
> **Cc:** Amy Griffith <info@luriestrupinsky.com>, "Eugene Strupinsky, Esq." <estrupinsky@luriestrupinsky.com>
> **Subject:** Re: Retrospective Goods, LLC v. Bole, et al.; 1:19-cv-2805

1

The address that you have provided it's not a valid location for service we did post the documents outside of the secure high-rise apartment complex but upon further information provided today from the apartment manager and also the individual in the unit number 424 Andreas Bole. Suzanne is the manager her phone number is 619-232-0700.

Randi Callahan
Callahan attorney services
3268 Governor Dr. Suite 248
San Diego, CA 92122
619-602-3382
www.callahanattorneyservices.com

On Aug 28, 2019, at 6:51 AM, Joshua M. Lurie, Esq. <jmlurie@luriestrupinsky.com> wrote:

> Please update me.  I have not yet received this affidavit.
>
>
> Joshua M. Lurie, Esq. (iPhone - so please excuse typos)
> Lurie|Strupinsky, LLP
> 15 Warren Street, Suite 36, Hackensack, New Jersey 07601
> 147 74th Street, Brooklyn, New York 11209
> Telephone: 201-518-9999
> Facsimile: 347-772-3074
> *Licensed in New Jersey, New York and Vermont
> ** Selected as a Super Lawyer and Rising Star for 2018
> ***CONFIDENTIALITY NOTE***
> This transmission, and the documents accompanying this transmission, contain information from the sender that is confidential and or privileged. This information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited and the documents should be returned to this office immediately. Therefore, if you have received this transmission in error, please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank You.
>
> ---
>
> **From:** Randi Callahan <callahansandiego@aol.com>
> **Sent:** Tuesday, August 13, 2019 2:27:43 PM
> **To:** Joshua M. Lurie, Esq. <jmlurie@luriestrupinsky.com>
> **Subject:** Re: Retrospective Goods, LLC v. Bole, et al.; 1:19-cv-2805
>
> Yes, posting and mailing has now been completed. Your affidavit of service will be mailed back tomorrow along with your receipt for the service fee.
>
> Randi Callahan
> Callahan attorney services
> 3268 Governor Dr. Suite 248

San Diego, CA 92122
619-602-3382
www.callahanattorneyservices.com

On Aug 7, 2019, at 1:35 PM, Joshua M. Lurie, Esq. <jmlurie@luriestrupinsky.com> wrote:

> Please update us on the status of this matter.  My understanding is that we were going to make a further attempt to serve through alternative methods – such as a posting and simultaneous mailing.
>
> Please advise as soon as feasible.
>
> -Joshua Lurie
>
> <image001.jpg>
> Joshua M. Lurie, Esq.
> Lurie|Strupinsky, LLP
> 15 Warren Street, Suite 36, Hackensack, New Jersey 07601
> 532 Union Street, Brooklyn, New York 11215
> Telephone: 201-518-9999
> Facsimile: 347-772-3074
> *Licensed in New Jersey, New York and Vermont
> ** Selected as a Super Lawyer and Rising Star for 2018
>
>
> ***CONFIDENTIALITY NOTE***
> This transmission, and the documents accompanying this transmission, contain information from the sender that is confidential and or privileged. This information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited and the documents should be returned to this office immediately. Therefore, if you have received this transmission in error, please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank You.