UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETROSPECTIVE GOODS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ANDRES BOLE; LEYCO, INC.; JOHN DOES 1-50 (Fictitious parties named to represent owners, operators, managers, employees, board members or others with controlling interest in Leyco, Inc., if any); and BUSINESS ENTITIES A-J (Fictitious parties named to represent business entities that are the owners, operators, managers, employees, board members or others with controlling interest in Leyco, Inc., if any),<br><br>       Defendants. | Civil Case No. 1:19-cv-02805-LDH-ST<br><br>NOTICE OF DISCONTINUANCE WITH PREJUDICE PURSUANT TO FEDERAL RULE 41 |

      PLEASE TAKE NOTICE that this matter is settled and hereby dismissed, with prejudice, pursuant to *Fed. R. Civ. P.* 41(a)(1)(A) and (B).

Dated: June 2, 2020

                                        Respectfully submitted,

                                        /s/ Joshua M. Lurie
                                        Joshua M. Lurie, Esq. (JL0788)
                                        Lurie|Strupinsky, LLP
                                        15 Warren Street,
                                        Suite 36 Hackensack, New Jersey 07601
                                        Ph. 201-518-9999
                                        jmlurie@luriestrupinsky.com